IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAMMY WILTURNER | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:05CV443 |
| | § | |
| BEST BUY STORES, L.P., | § | |
| | § | JUDGE RON CLARK |
|     *Defendant*. | § | |
| | § | |

## FINAL JUDGMENT

The Court previously granted partial summary judgment for Defendant Best Buy, L.P. on all of Plaintiff's claims except for her claim that Defendant's failure to promote her to the Product Process Manager position was in retaliation for her engaging in a protected activity. This matter came on before the Court for trial by jury on June 6, 2006. The Court empaneled a jury of eight qualified jurors. The Court submitted the case to the jury on June 9, 2006. The jury verdict was in favor of Defendant Best Buy, L.P. The Court accepted the verdict and discharged the jury.

IT IS THEREFORE ORDERED that Plaintiff Tammy Wilturner shall take nothing from her claims against Defendant Best Buy, L.P. Costs are taxed against Plaintiff Tammy Wilturner, and all relief not specifically granted herein is denied. This is a final judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **19** day of **July, 2006.**

_____
Ron Clark, United States District Judge